UNITED STATES DISTRICT COURT          **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV-11-1149-R                          Date: AUGUST 10, 2011

Title:     GEORGE CHI etc -V- FRIEDA KARAMAY
=========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

         William Horrell                          None Present
       Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

         None                                     None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
                 STATE COURT


**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**


cc: counsel of record


MINUTES FORM 11                        Initials of Deputy Clerk ___WH____
CIVIL -- GEN